UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN VELASQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF TULARE, *et al.*,<br><br>        Defendants.<br>_____/ | Case No. 1: 12-cv-00819-BAM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

The parties have informed the Court a settlement has been reached and have stipulated to dismiss Plaintiff's claims with prejudice. (Doc. 24.) Accordingly, the Court dismisses this case with prejudice. The Court shall retain jurisdiction to enforce the terms of settlement as set forth in the Parties' Release and Settlement Agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

IT IS SO ORDERED.

    Dated: __September 3, 2013__          /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE

1